JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
FRANCINE ZEPEDA, Bar #91175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
RICHARD COOPER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:1-98-CR-05230 AWI-BAM |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO ADVANCE HEARING DATE AND RE-SET FOR CHANGE |
| v. | ) ) | OF PLEA HEARING |
| RICHARD COOPER, | ) ) | DATE: March 11, 2013 |
|  | ) | TIME: 10 a.m. |
| Defendant. | ) | JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the status conference hearing in the above-captioned matter now set for April 1, 2013, **may be advanced to March 11, 2013 at 10 00 A.M. and re-set for admission on violation petition.**

This request is made by counsel for defendant. Defendant wishes to proceed as soon as is convenient to the court. USPO Jose Pulido will prepare and present his recommendation to the court at the time of hearing. Neither USPO Pulido nor AUSA Dawrence Rice has any objection to this request. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

As this hearing is a sentencing hearing on a supervised release violation, no exclusion of time is necessary.

                                          BENJAMIN B. WAGNER
                                          United States Attorney

DATED: February 27, 2013        By:  /s/ Dawrence W. Rice, Jr.
                                          DAWRENCE W. RICE, JR.
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

                                          JOSEPH SCHLESINGER
                                          Acting Federal Defender

DATED: February 27, 2013        By:  /s/ Francine Zepeda
                                          FRANCINE ZEPEDA
                                          Assistant Federal Defender
                                          Attorneys for Defendant
                                          RICHARD COOPER

**O R D E R**

IT IS SO ORDERED.

Dated:   February 28, 2013

                                        SENIOR  DISTRICT  JUDGE